IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Melton, Michelle

Printed: 10/22/08

Case Number: 08 B 22575
Judge: Squires, John H
Filed: 8/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Overland Bond & Investment Corp | Secured | 13,315.52 | 0.00 |
| 2. | Galway Financial Service | Unsecured | 44.50 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 251.21 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 64.32 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 692.36 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 136.89 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 11.22 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 35.00 | 0.00 |
| 9. | AIS Services | Unsecured | 42.00 | 0.00 |
| 10. | T Mobile USA | Unsecured | 26.72 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 144.48 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 35.46 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 10.08 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 36.04 | 0.00 |
| 15. | Aspen/Fb&T | Unsecured |  | No Claim Filed |
| 16. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 17. | J V D B & Associates | Unsecured |  | No Claim Filed |
| 18. | Lobel Financial | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Verizon | Unsecured |  | No Claim Filed |
| 21. | Partners & Collections | Unsecured |  | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 23. | Professional Account Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,845.80 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Melton, Michelle | Case Number:  08 B 22575 |
| | Judge:  Squires, John H |
| Printed: 10/22/08 | Filed:  8/22/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

