IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Melton, Michelle | Case Number: 08 B 22575 |
| | Judge: Squires, John H |
| Printed: 02/20/09 | Filed: 8/22/08 |

## *Amended* FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 17, 2008
Confirmed: None

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,093.66 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,021.48 |
| Trustee Fee: |  | 72.18 |
| Other Funds: |  | 0.00 |
| Totals: | 1,093.66 | 1,093.66 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 1,021.48 |
| 2. | Overland Bond & Investment Corp | Secured | 13,315.52 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 251.21 | 0.00 |
| 4. | Galway Financial Service | Unsecured | 44.50 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 64.32 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 35.46 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 11.22 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 136.89 | 0.00 |
| 9. | AIS Services | Unsecured | 42.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 36.04 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 10.08 | 0.00 |
| 12. | T Mobile USA | Unsecured | 26.72 | 0.00 |
| 13. | Illinois Student Assistance Commission | Unsecured | 692.36 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 35.00 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 144.48 | 0.00 |
| 16. | Aspen/Fb&T | Unsecured | | No Claim Filed |
| 17. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | J V D B & Associates | Unsecured | | No Claim Filed |
| 20. | Lobel Financial | Unsecured | | No Claim Filed |
| 21. | Partners & Collections | Unsecured | | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Professional Account Management | Unsecured | | No Claim Filed |
| 24. | Verizon | Unsecured | | No Claim Filed |
| | | | $ 18,319.80 | $ 1,021.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Melton, Michelle

Printed: 02/20/09

Case Number: 08 B 22575
Judge: Squires, John H
Filed: 8/22/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 72.18 |
|  | $ 72.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

